IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLAYTON ANDREW SCHWERS,

       Plaintiff,

v.                                  CV 15-00237 RB/WPL

CITY OF ALBUQUERQUE,
MAYOR RICHARD BERRY,
RAYMOND SCHULTZ, Chief of Police, APD (former),
CHRISTOPHER KERLIN, APD Officer, and
JOHN MINGS, APD Officer,

       Defendants.

**ORDER DENYING DEFENDANTS' MOTION TO COMPEL II**

The defendants have filed a motion to compel Clayton Andrew Schwers to respond to the City of Albuquerque's second set of requests for production. (Doc. 51.) As noted in a previous Order, on October 5, 2015, Judge Brack granted the motion to dismiss filed by the City of Albuquerque, Mayor Berry and former Chief of Police Schultz. (Doc. 38.) Although Officers Kerlin and Mings could have joined in the City's second set of requests for production served on Schwers, D.N.M.LR-Civ. 7.1(a), they did not do so. Because the City of Albuquerque is no longer a defendant in this case, the discovery documents the City served on Schwers are now moot. The defendants recognize this in their response to Schwers' motion to compel, in which they state that "[b]ecause Mayor Berry, Chief Schultz and the City of Albuquerque are no longer defendants in this matter, Plaintiff cannot move to compel their responses to his discovery." (Doc. 43 at 1.)

Therefore, the defendants' motion to compel Schwers to provide further responses to the second set of requests for production served by the City of Albuquerque is denied.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.